# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SALMAN BADRUDDIN; AMEEN BADRUDDIN and ABHISHA & IQRA SISTERS, INC. dba CASCADE FOOD MART, | : : : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | NO. 1:17-CV-5542-LMM |
| UNITED STATES OF AMERICA, | : : : | |
| Defendant. | : | |

## NOTICE OF DEPOSITION OF SALMAN BADRUDDIN

To:   Salman Badrudin, in his individual capacity and in his capacity as an officer and owner of Abhisha & Iqra Sisters, Inc., by and through Steven J. Strelzik, Esq., Law Offices of Steven J. Strelzik, P.C., 7000 Central Parkway, Ste. 1000, Atlanta, Georgia 30328

Please take notice that, pursuant to Fed.R.Civ.P. 30, the Defendant will take the deposition upon oral examination of Salman Badrudin, in his individual capacity and in his capacity as an officer and owner of Abhisha & Iqra Sisters, Inc., on Monday, August 6, 2018, commencing at 1:00 p.m., at the office of the United States Attorney, 75 Ted Turner Drive, S.W., Suite 600, Atlanta, Georgia, 30303.

The deposition will be taken for the purpose of discovery and all purposes permitted by law before an officer duly authorized by law to take depositions, and

will be recorded by stenographic means.  The deposition will continue from day to day until adjourned.

Served this 31st day of July 2018.

                BYUNG J. PAK
                UNITED STATES ATTORNEY

                _____
                R. David Powell
                Assistant United States Attorney
                Georgia Bar No. 586450
                600 United States Courthouse
                75 Ted Turner Drive, S.W.
                Atlanta, Georgia  30303
                Voice:     (404) 581-6000
                Facsimile: (404) 581-4667
                R.David.Powell@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SALMAN BADRUDDIN; et al., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION |
| | : NO. 1:17-CV-5542-LMM |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in LR 5.1B for documents prepared by computer.

*s/ R. David Powell*
R. David Powell
Assistant U.S. Attorney
Georgia Bar No. 586450

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SALMAN BADRUDDIN; et al., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION |
| | : NO. 1:17-CV-5542-LMM |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing NOTICE OF DEPOSITION OF SALMAN BADRUDDIN with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following lead counsel:

Steven J. Strelzik, Esq.
Law Offices of Steven J. Strelzik, P.C.
7000 Central Parkway, Ste. 1000
Atlanta, Georgia 30328

This 31st day of July 2018.

*s/ R. David Powell*
R. David Powell
Assistant United States Attorney
Georgia Bar No. 586450